# United States District Court

EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| GARY B. CAMPBELL,<br>      Plaintiff | **JUDGMENT IN A CIVIL CASE** |
| v. | **CASE NUMBER: 06C0158** |
| DAVID A. CLARKE,<br>      Defendant |  |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petitioner Gary Campbell's petition for a writ of habeas corpus is **DENIED**.

| 08/25/06 | SOFRON B. NEDILSKY |
|---|---|
| *Date* | *Clerk* |
|  | /s |
|  | *(By) Deputy Clerk* |